Case 2:23-cv-00126   Document 19   Filed on 12/21/23 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 21, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| JEFFREY WESTERN, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. 2:23-CV-00126 |
| § | |
| THE PARK APARTMENTS LLC, *et al.*, § | |
| § | |
| Defendants. § | |

## FINAL JUDGMENT

Pursuant to the Notice of Rule 41 Dismissal With Prejudice (D.E. 18), the Court enters final judgment dismissing this action with prejudice.

**ORDERED** on December 21, 2023.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE